IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-50056
_____

KELLY S. RODGERS;
RUTH C. WHITEHURST,

Plaintiffs-Appellants,

versus

FRANKLIN FEDERAL BANCORP, FSB,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Western District of Texas
(A-96-CV-82)
_____

September 11, 1997

Before WISDOM, JOLLY, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

After a review of the record, a study of the briefs, and consideration of the oral arguments of counsel, we agree with the district court that the plaintiffs failed to prove, with respect to each of them, that the defendant engaged in either gender discrimination or unlawful retaliation under Title VII of the Civil Rights Act. Consequently, judgment is

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

A F F I R M E D.